```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

IN RE: JOEL & MATILDE RIVERA            )
                                        )
Bank of America, N.A.                   )
         Creditor,                      )
                                        )
   vs.                                  ) CASE NO. 08B30883
                                        ) JUDGE Manuel Barbosa
JOEL & MATILDE RIVERA,                  )
         Debtor                         )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Bank of America, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the June 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 29, 2012:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Late Charges | $119.87 |
   | c. Payments (6/09 – 1/11 : 20 @ $3,678.20 ea) | $73,564.00 |
   |     (2/11 – 12/11: 11 @ $3,557.15 ea) | $39,128.65 |
   |     (1/12 – 2/12: 2 @ $3,678.20 ea) | $7,356.40 |
   |     (3/12:  1 @ $3,492.73) | $3,492.73 |
   | Total | $123,911.65 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Bank of America, N.A Servicing, LP rights to collect these amounts will be unaffected.

Respectfully Submitted,

Bank of America, N.A.

<u>/s/Dana O'Brien</u>
Dana O'Brien ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088